# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:  Case No. 11-10801

NEIL JACKSON PIZARRO  Chapter 13

Debtor(s)
_____/

## MOTION SUBMITTING AN AMENDED CHAPTER 13 PLAN

**TO THE HONORABLE COURT:**

Comes now Debtor(s), represented by undersigned counsel, and very respectfully alleges and prays as follows:

1. On March 2, 2012, the Debtor filed a Chapter 13 Plan (the "Plan") pursuant to 11 U.S.C. § 1321.

2. To comply with applicable provisions of the Bankruptcy Code, however, an amendment to the Plan has been necessitated. Pursuant to 11 U.S.C. § 1323, Debtor hereby summits amended Chapter 13 Plan dated June 18, 2012 (the "Amended Plan").

3. Specifically, the Amended Plan address; ***INCREASE PLAN BASE TO $23,968.00***

**NOTICE OF OPPORTUNITY TO OBJECT PURSUANT TO LBR 9013-1(h)**
Within twenty one (21) days after service as evidence by the certification, and an additional three (3) days pursuant to Feb. R. Bank. P. 9006(f) if you were served by mail, and any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE**, I hereby certify that on June 18, 2012 a copy of this document was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**RESPECTFULLY SUBMITTED**
In San Juan, Puerto Rico this 18th day of June, 2012

        **THE BATISTA LAW GROUP, PSC.**
        Cond. Mid-Town Center
        421 Ave. Muñoz Rivera Suite 901
        San Juan, PR. 00918
        Telephone: (787) 620-2856
        Facsimile: (787) 777-1589 & (787) 620-2854
        E-mail: jesus.batista@batistalawgroup.com
        Counsel for Debtor

        <u>/s/ Jesus E. Batista Sanchez, Jr.</u>
        Jesus E. Batista, JR., USDC # 227014

```
Label Matrix for local noticing          BANCO POPULAR PR                          RECOVERY MANAGEMENT SYSTEMS CORP
0104-3                                    PO BOX 366818                             GE MONEY BANK (PEP BOYS)
Case 11-10801-MCF13                       SAN JUAN, PR 00936-6818                   25 S.E. 2ND AVENUE, SUITE 1120
District of Puerto Rico                                                             MIAMI, FL 33131-1605
Old San Juan
Mon Jun 18 11:23:30 AST 2012

US Bankruptcy Court District of P.R.      BANCO POPULAR DE PUERTO RICO              BANCO POPULAR DE PUERTO RICO
Jose V Toledo Fed Bldg & US Courthouse    BANKRUPTCY DEPARTMENT                     MARTINEZ & TORRES LAW OFFICES, P.S.C.
300 Recinto Sur Street, Room 109          PO BOX 366818                             PO BOX 192938
San Juan, PR 00901-1964                   SAN JUAN PR 00936-6818                    SAN JUAN, PR 00919-3409


Banco Popular De Puert                    Centennial                                Coop A/c San Rafael
Gpo Box 3229                              Po Box 71514                              Aptdo 1531
San Juan, PR 00936                        San Juan, PR 00936-8614                   Quebradillas, PR 00678-1531



Enhanced Recovery Corp                    Equable Ascent Financial, LLC             GC SERVICES LIMITED PARTNERSHIP
Attention: Client Services                c/o Recovery Management Systems Corp      6330 GULFTON ST
8014 Bayberry Rd                          25 SE 2nd Avenue Suite 1120               HOUSTON, TX 77081-1198
Jacksonville, FL 32256-7412               Miami FL 33131-1605


Pr Telephone                              RESURGENT CAPITAL SERVICES                Sears/cbna
Pob 70239                                 PO BOX 47455                              701 East 60th St N
San Juan, PR 00936-8239                   JACKSONVILLE, FL 32247-7455               Sioux Falls, SD 57104-0432


Verizon Wrls                              ALEJANDRO OLIVERAS RIVERA                 JESUS ENRIQUE BATISTA SANCHEZ
Attn: Bankruptcy                          ALEJANDRO OLIVERAS CHAPTER 13 TRUS        THE BATISTA LAW GROUP, PSC
Po Box 3037                               PO BOX 9024062                            COND MIDTOWN CENTER
Bloomington, IL 61702-3037                SAN JUAN, PR 00902-4062                   421 LUIS MUNOZ RIVERA AVE
                                                                                    SUITE 901
                                                                                    SAN JUAN, PR 00918

MONSITA LECAROZ ARRIBAS                   NEIL JACKSON PIZARRO
OFFICE OF THE US TRUSTEE (UST)            RR 4 BOX 8156
OCHOA BUILDING                            ANASCO, PR 00610-8009
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Lvnv Funding Llc                       End of Label Matrix
                                          Mailable recipients    19
                                          Bypassed recipients     1
                                          Total                  20
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | NEIL JACKSON-PIZARRO | BK. CASE # | 11-10801 |
|---|---|---|---|
| | DEBTOR(S) | CHAPTER 13 | |

## CHAPTER 13 PAYMENT PLAN

**NOTICE:** • The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty (20) days from its notification. • **This plan does not allow claims.** Any party entitled to receive disbursements from the Trustee must file a proof of claim. The Trustee will pay the allowed claims, as filed, provided for in the plan, unless disallowed or expressly modified by the Court and / or the terms of the plan. If no claim is filed, the Trustee will not pay a creditor provided for in the plan, unless ordered by the Court. If the Trustee is to make POST-PETITION REGULAR MONTHLY PAYMENTS to any Secured obligation, then a proof of claim must be filed including the following information: account number, address, due date and regular monthly payment. Secured creditor must notify any change in the monthly payment, three (3) months prior to the effective date of new payment. Those post-petition monthly payments will not exceed the life of the plan. • See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee:
   ☒ directly ☐ by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
3. ☐ The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

PLAN DATED: _____
☒ PRE ☐ POST-CONFIRMATION

☒ AMENDED PLAN DATED: June 18, 2012
FILED BY ☒ DEBTOR ☐ TRUSTEE ☐ UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

| $ | 355.00 | x | 2 | = $ | 710.00 |
|---|---|---|---|---|---|
| $ | 402.00 | x | 58 | = $ | 23,316.00 |
| $ | 0.00 | x | 0 | = $ | 0.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |
| | TOTAL = | | 60 | $ | 24,026.00 |

Additional Payments:
$ _____ to be paid as a LUMP SUM
within _____ with proceeds to come from
☐ Sale of property identified as follows: _____

☐ Other: _____

Periodic Payments to be made other than and in addition to the above.
$ _____ x _____ = $ _____
To be made on: _____

**PROPOSED PLAN BASE: $ 24,026.00**

### II. ATTORNEY'S FEES

To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

a. Rule 2016(b) Statement: $ 3,000.00
b. Fees Paid (Pre-Petition): ($ 1,000.00 )
c. R 2016 Outstanding balance: ($ 2,000.00 )
d. Post Petition Additional Fees: $ 0.00
e. Total Compensation: $ 3,000.00

Signed: /s/ NEIL JACKSON-PIZARRO
DEBTOR

_____
JOINT DEBTOR

### III. DISBURSEMENT SCHEDULE SEQUENCE

**A. SECURED CLAIMS:** ☐ Debtor represents that there are no secured claims.
☒ Secured creditors will retain their liens and shall be paid as follows:
☐ ADEQUATE PROTECTION Payments: Cr. _____ $ 0.00
☒ Trustee will pay secured ARREARS:
Cr. **BANCO POPULA** Cr. _____ Cr. _____
Acct. 071010001736258 Acct. _____ Acct. _____
$ 19,122.38 $ _____ $ _____

☐ Trustee will pay REGULAR MONTHLY PAYMENTS:
(please refer to the above related notice, for important information about this provision)
Cr. _____ Cr. _____ Cr. _____
Acct. _____ Acct. _____ Acct. _____
Monthly Pymt.$ _____ Monthly Pymt.$ _____ Monthly Pymt.$ _____

☐ Trustee will pay IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
$ _____ $ _____ $ _____

☐ Trustee will pay VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
$. _____ $. _____ $. _____

☐ Secured Creditor's interest will be insured. INSURANCE POLICY will be paid through plan:
Cr. _____ Ins. Co. _____ Premium: $ _____
(Please indicate in "Other Provisions" the insurance coverage period)

☐ Debtor SURRENDERS COLLATERAL TO Lien Holder: _____
☒ Debtor will maintain REGULAR PAYMENTS DIRECTLY to: **BANCO POPULA**

**B. PRIORITIES.** The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].
☐ _____

**C. UNSECURED PREFERRED:** Plan ☐ Classifies ☒ Does not Classify claims
☐ Class A: ☐ Co-debtor Claims: ☐ Pay 100% ☐ "Pay Ahead"
☐ Class B: ☐ Other Class: _____
☐ Cr. _____ ☐ Cr. _____ ☐ Cr. _____
$ _____ $ _____ $ _____

**D. GENERAL UNSECURED NOT PREFERRED:** (Case Liquidation Value = $ 22,790.00 )
☒ Will be paid 100% plus 6.00% Legal Interest. ☐ Will be paid Pro-Rata from any remaining funds

**OTHER PROVISIONS:**

\* For additional other provisions, please see attachment sheet(s).

ATTORNEY FOR DEBTOR: /s/ Jesus E. Batista, Bar No.: _____ Phone: 787-620-2856

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: **NEIL JACKSON-PIZARRO**

DEBTOR(S)

BK. CASE # **11-10801**

CHAPTER 13

## Chapter 13 Plan Continuation Sheet

**Additional Other Provisions:**
Other provisions:

ATTORNEY FEE PROVISION: Trustee will pay Attorney's fees before any claim and after administrative expenses.

TAX REFUND PROVISION: Post petition income tax refunds, OTHER THAN AND BEYOND THOSE THAT DEBTOR HAS ALREADY COMMITTED TO THIS CHAPTER 13 PLAN, that the Debtor(s) actually receives during the term of this Chapter 13 Plan (the "Plan") will be used to fund this Plan (these additional tax refunds will be deemed "Additional Tax Refunds"). After confirmation and without further notice, hearing or Court Order, the Plan shall be deemed modified and the base of the Plan shall be increased by an amount equal to the Additional Tax Refunds that Debtor receives.